**Opinion issued March 16, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00078-CV

————————————

**CELIA JOHNSON, Appellant**

**V.**

**CARLA CASILLAS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1071118**

---

## MEMORANDUM OPINION

Celia Johnson appeals from a judgment in a forcible detainer case.[1]

---

[1]  This appeal was previously dismissed for failure to pay appellate fees and for the clerk's record. After our dismissal, a clerk's record was filed indicating Johnson was indigent. We granted Johnson's motion for rehearing, withdrew our opinion and judgment, and reinstated the appeal, setting Johnson's brief due thirty days after the reporter's record was filed.

Appellant's brief was due on December 21, 2016. After being notified that this appeal was subject to dismissal on January 31, 2017, appellant did not respond to the motion and has not filed a brief or sought an extension. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.